950 A.2d 979

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Larry RUSH, Appellant.**

**No. 264 CAP.**

Supreme Court of Pennsylvania.

June 26, 2008.

David S. Rudenstein, Esq., for Larry Rush.

Catherine Marshall, Esq., Philadelphia, for Commonwealth.

Robert A. Graci, Esq., Harrisburg, for Office of Attorney General.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of June, 2008, the "Motion to Quash Frivolous Appeal Filed by No–Good–For–Nothing Court Appointed Lawyer ... on Behalf of the Commonwealth" is **GRANTED,** and the Commonwealth's Motion for Appointment of Counsel and Remand is **DENIED.**

951 A.2d 255

**CHRIST the KING MANOR; Davis Manor Nursing Home; Ellen Memorial Health Care Center; Edison Manor; Good Shepherd Home–Bethlehem; Good Shepherd Home LTC Facility, Inc.; Health & Living Centers, Inc., d/b/a; Collins Health Center; Margaret E. Moul Home; Menno Haven, Inc.; Menno Haven Penn Hall; Park Pleasant, Inc.; Sycamore Creek Nursing Center; Westwood Nursing and Rehabilitation Center; Bright-**

en at Ambler;  Brighten at Broomall, Brighten at Bryn Mawr;  Brighten at Julia Ribaudo;  Golden Hill Nursing Home, Inc.;  Mary J. Drexel Home;  Mon Valley Care Center, Rheems Nursing & Rehabilitation Center;  Southwestern Nursing Center;  Susquehanna Valley Nursing & Rehabilitation Center;  Trinity Mission of Shenandoah Heights, L.P., Appellants

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF PUBLIC WELFARE, Appellee.

Supreme Court of Pennsylvania.

Argued:  March 3, 2008.

Decided:  July 23, 2008.

Daniel K. Natirboff, Esq., Capozzi & Associates, P.C., Harrisburg, for Ellen Memorial Health Care Center.

Robert B. Hoffman, Esq., Wolf, Block, Schorr and Solis–Cohen, L.L.P., Louis J. Capozzi, Jr., Esq., Capozzi & Associates, P.C., Harrisburg, for Christ the King Manor, Davis Manor Nursing Home, et al.

Daniel John Doyle, Esq., Lisa Wojdak Basial, Esq., PA Office of Attorney General, Harrisburg, for Commonwealth of Pennsylvania.

Allen C. Warshaw, Esq., John A. Kane, Esq., John G. Knorr, Esq., PA Department of Public Welfare, Harrisburg, for Department of Public Welfare.

John Bartley Delone, Esq., Office of Attorney General, Commonwealth of PA, Department of Public Welfare.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD and MCCAFFERY, JJ.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of July, 2008, the order of the Commonwealth Court is AFFIRMED.

951 A.2d 255

**Eleanor ABRAMS, Executrix of the Estate
of Kenneth Abrams, Petitioner**

v.

**PNEUMO ABEX CORP., et al., Respondents.**

**Marilyn Shaw, Executrix of the Estate
of John Shaw, Petitioner**

v.

**A.W. Chesterton, Inc., et al., Respondents.**

Supreme Court of Pennsylvania.

June 10, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of June, 2008, the Petition for Allowance of Appeal is **GRANTED** as to the following issue, which has been rephrased for clarity:

(1) Does prior recovery of damages for increased risk and fear of developing cancer due to asbestos exposure, awarded under the one-disease rule, preclude a plaintiff from recovering damages for cancer that developed and was diagnosed after the separate disease rule was adopted in *Marinari v.*